**Philip Butler GROGGINS,
Debtor-Appellant,**

v.

**Judy A. ROBBINS, Trustee-Appellee.**

No. 16-2047

United States Court of Appeals,
Fourth Circuit.

Submitted: January 31, 2017

Decided: February 2, 2017

Philip Butler Groggins, Appellant Pro Se. William Joseph Alan Charboneau, OFFICE OF THE U.S. TRUSTEE, Roanoke, Virginia; John Alfred Postulka, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Philip Groggins appeals from the district court's order affirming the bankruptcy court's order denying him a discharge in his bankruptcy case pursuant to 11 U.S.C. § 727(a)(2)(A) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Groggins v. Robbins, No. 7:15–cv–00690–NKM, 2016 WL 4536890 (W.D. Va. Aug. 30, 2016). We deny Groggins' motion for a transcript at government expense, deny his motion for reversal on appeal, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED